tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Hiram T. Gilbert, Mr. John C. Slade* and *Mr. Walter Bachrach* for petitioners. *Mr. William Beye, Mr. Edward C. Kramer, Mr. Bruce A. Campbell* and *Mr. George B. Logan* for respondents.

---

No. 603. BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT *v.* WILLIAM H. WARD. January 2, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. Julius Henry Cohen* and *Mr. Arthur McGuirk* for petitioner. *Mr. Benjamin T. Waldo* and *Mr. Walter L. Gleason* for respondent.

---

No. 676. FRED P. VIOLETTE *v.* JAMES A. WALSH, COLLECTOR, ETC. Appeal from the Circuit Court of Appeals for the Ninth Circuit. January 2, 1923. Petition for a writ of certiorari herein denied. *Mr. Joseph W. Cox* and *Mr. Charles A. Russell,* for appellant, in support of the petition. *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for appellee, in opposition to the petition.

---

No. 691. EDDIE HARRISON ET AL. *v.* DICK HARRISON. January 2, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Wesley E. Disney* and *Mr. John M. Wheeler* for petitioners. No appearance for respondent.

---

No. 712. EDGAR-MORGAN COMPANY *v.* ALFOCORN MILLING COMPANY. January 2, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Max W. Zabel, Mr. Arthur E. Wallace* and *Mr. Joseph H. Milans* for petitioner. *Mr. H. G. Cook* for respondent.